## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 24-80102-CR-CANNON/MCCABE

**18 U.S.C. § 2422(b)**
**18 U.S.C. § 2252A(a)(1) & (b)(1)**
**18 U.S.C. § 2428**
**18 U.S.C. § 2253**

FILED BY ___ **AT** ___ D.C.

**Aug 22, 2024**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

**UNITED STATES OF AMERICA**

**vs.**

**JASON JAMES ATHA,**
       **a.k.a. "avalanche21199,"**
       **a.k.a. "avs21199,"**

       **Defendant.**
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Attempted Enticement of Minor to Engage in Sexual Criminal Activity
### (18 U.S.C. § 2422(b))

Beginning on or about October 3, 2023, and continuing through on or about August 9, 2024, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**JASON JAMES ATHA,**
**a.k.a. "avalanche21199,"**
**a.k.a. "avs21199,"**

using a facility and means of interstate commerce, did knowingly attempt to persuade, induce, and entice an individual who had not attained the age of eighteen years to engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

1

## COUNT 2
### 18 U.S.C. § 2252A(a)(1) & (b)(1)

On or about August 9, 2024, in Palm Beach County, in the Southern District of Florida, the

defendant,

### JASON JAMES ATHA,
### a.k.a. "avalanche21199,"
### a.k.a. "avs21199,"

knowingly transported and shipped child pornography, as defined in Title 18, United States Code,

Section 2256(8), into Palm Beach County from outside the State of Florida, using any means and

facility of interstate and foreign commerce, all in violation of Title 18, United States Code, Section

2252A(a)(1).

## FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully

incorporated herein for the purpose of alleging forfeiture to the United States of America of certain

property in which the defendant, **JASON JAMES ATHA**, has an interest.

2.      Upon a conviction of Title 18, United States Code, Section 2422, as alleged in this

Indictment, the defendant shall forfeit to the United States any property, real or personal, that was

used or intended to be used to commit, or to facilitate the commission of, such offense, and any

property, real or personal, which constitutes or is derived from proceeds traceable to such offense,

pursuant to Title 18, United States Code, Section 2428.

3.      Upon conviction of a violation of Title 18, United States Code, Sections 2252A, as

alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title

18, United States Code, Section 2253(a):

(a)      Any visual depiction described in Title 18, United States Code, Sections

2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical,

film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

(b)     Any property, real or personal, constituting or traceable to gross profits or other proceeds which the defendant obtained from such offense; and

(c)     Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, and any property traceable to such property.

All pursuant to Title 18, United States Code, Sections 2428 and 2253(a), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 2253(b), and Title 28, United States Code, Section 2461(c).

FOREPERSON

FOR MARKENZY LAPOINTE
UNITED STATES ATTORNEY

GREGORY SCHILLER
ASSISTANT UNITED STATES ATTORNEY

2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JASON JAMES ATHA

_____/
                              Defendant.

CASE NO.: _____

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☐ Miami    ☐ Key West    ☐ FTP
☐ FTL      ☒ WPB

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3.  Interpreter: (Yes or No) No
    List language and/or dialect: _____

4.  This case will take __7__ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                (Check only one)
    I    ☐ 0 to  5 days             ☐ Petty
    II   ☒ 6 to 10 days             ☐ Minor
    III  ☐ 11 to 20 days            ☐ Misdemeanor
    IV   ☐ 21 to 60 days            ☒ Felony
    V    ☐ 61 days and over

6.  Has this case been previously filed in this District Court? (Yes or No) No
    If yes, Judge _____ Case No. _____

7.  Has a complaint been filed in this matter? (Yes or No) Yes
    If yes, Magistrate Case No. 24mj8377-RMM

8.  Does this case relate to a previously filed matter in this District Court? (Yes or No) No
    If yes, Judge _____ Case No. _____

9.  Defendant(s) in federal custody as of  August 9, 2024 in the Southern District of Florida

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

16. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

By: _____
     Gregory Schiller
     Assistant United States Attorney
     FL Bar No.        0648477

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name**:  JASON JAMES ATHA

**Case No:** _____

Counts #1:

Attempted Enticement of Minor to Engage in Sexual Criminal Activity

18 U.S.C. § 2422(b)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Life (mandatory minimum term of 5 years)
* **Max. Fine:** $250,000 fine and a $5,000 special assessment

Count #2:

Transportation of Child Pornography

18 U.S.C. § 2252A(a)(1) & (b)(1)

* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** Life (mandatory minimum term of 5 years)
* **Max. Fine:** $250,000 fine and a $5,000 special assessment

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**