**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NUMBER 24-80102-CR-CANNON**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

vs.

**JASON JAMES ATHA,**

      **Defendant.**

_____/

**<u>UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL DATE
AND MOTIONS FILING DEADLINES</u>**

The Defendant, **JASON JAMES ATHA**, by and through undersigned counsel, hereby files this Unopposed Motion for Continuance of Trial Date and Motions Filing Deadlines. In support, the Defendant states:

1. The Defendant is charged by Indictment with attempted enticement of a minor, in violation of Title 18 U.S.C. § 2422(b) and transportation and shipping of child pornography, in violation of Title 18 U.S.C. § 2252A(a)(1). This matter is presently scheduled for calendar call on October 1, 2024 and for trial during the two-week period commencing October 7, 2024.

2. Defendant was arraigned on August 26, 2024. In or about August 31, 2024, the government disclosed its initial discovery. It is voluminous, consisting of approximately 1,000 pages of documentary discovery, numerous videos, recorded interviews and recorded calls. Counsel requires sufficient time to review this material and discuss it with the Defendant, who remains in custody. This Court entered a protective

order regarding discovery on August 30, 2024 (Document 15). The protective order entered in this matter necessitates that counsel and the Defendant review a significant portion of the discovery together, which will require multiple visits to the Palm Beach County Jail.

3. Additionally, counsel needs sufficient time to conduct investigation and legal research, file motions, and engage in discussions with the government to determine if a mutually agreeable resolution of this matter can be reached.

4. Pursuant to 18 U.S.C. 3161(h)(7), the Defendant hereby waives his right to a speedy trial and agrees that the interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial. As a result, the period of delay resulting from this continuance *i.e.*, from the date the Motion was filed, September 4, 2024, to and including the date trial commences is excludable time under the Speedy Trial Act.

5. In light of the foregoing, the Defendant hereby moves this Honorable Court for an approximately ninety (90) day continuance of the trial date and a commensurate extension of the deadline to file pre-trial motions and motions in limine.

6. Pursuant to Local Rule 88.9(a) of the United States District Court for the Southern District of Florida, Anthony M. Solis, counsel for the Defendant hereby certifies that he has discussed this Motion for Continuance with Gregory Schiller, AUSA who does not oppose the continuance sought.

**WHEREFORE**, the Defendant, **JASON JAMES ATHA** moves this Honorable Court to grant this Motion for Continuance of Trial Date and deadlines to file pre-trial motions and motions in limine.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 4th day of September, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Gregory Schiller, Assistant United States Attorney, (Gregory.Schiller@usdoj.gov), U.S. Attorney's Office, 99 N.E. 4th Street, Fourth Floor, Miami, Florida 33132.

Respectfully Submitted,

**ANTHONY M. SOLIS, APLC**
23679 Calabasas Road, Suite 412
Calabasas, California 91302
Telephone: (213) 489-5880
Email: anthonymsolislaw@gmail.com

BY:    *Anthony M. Solis*
Anthony M. Solis
California Bar Number 198580

**LAW OFFICES OF BARRY M. WAX**
701 Brickell Avenue
Suite 1550
Miami, Florida 33131
Telephone: (305) 373-4400
Email: barry@barrywax.com

BY:    *Barry M. Wax*
Barry M. Wax
Florida Bar Number 509485