UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 24-80102-CR-CANNON

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**vs.**

**JASON JAMES ATHA,**

        **Defendant.**
_____/

## UNOPPOSED MOTION TO SET BOND HEARING

Comes now, Defendant **Jason James Atha**, by and through his undersigned counsel, and hereby files this Unopposed Motion to Set Bond Hearing. In support thereof, the defendant states as follows:

1. On or about August 12, 2024, defendant made his initial appearance before the Court. At the time of his initial appearance, he first deferred his bail hearing to August 16, 2024, and thereafter submitted to detention with the understanding that the defendant maintained the right to revisit the detention issue upon request. On August 26, 2024, the defendant entered a not guilty plea.

2. Trial in this matter has been set for approximately January 13, 2025.

3. Undersigned counsel has conferred with AUSA Gregory Schiller and both parties agree that a detention hearing should be set. It is respectfully requested that the Court order a hearing set for **October 8, 2024 at 10:00 a.m.**

Wherefore, the defendant **Jason James Atha,** respectfully requests that the

Court grant a bond hearing on a date and time agreed to by the parties.

              Respectfully Submitted,

              **ANTHONY M. SOLIS, APLC**
              23679 Calabasas Road, Suite 412
              Calabasas, California 91302
              Telephone: (213) 489-5880
              Email: anthonymsolislaw@gmail.com

         BY:  *Anthony M. Solis*
             Anthony M. Solis
             California Bar Number 198580

              **LAW OFFICES OF BARRY M. WAX**
              701 Brickell Avenue
              Suite 1550
              Miami, Florida 33131
              Telephone: (305) 373-4400
              Email: barry@barrywax.com

         BY:  *Barry M. Wax*
             Barry M. Wax
             Florida Bar Number 509485

### CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that on this 1st day of October, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Gregory Schiller, Assistant United States Attorney, (Gregory.Schiller@usdoj.gov), U.S. Attorney's Office, 99 N.E. 4th Street, Fourth Floor, Miami, Florida 33132.

            *Anthony M. Solis /s/*