UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**CASE NO. 24-80102-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JASON JAMES ATHA,**
    a/k/a "avalanche21199",
    a/k/a "avs21199",

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    **THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Ryon M. McCabe Following Change of Plea Hearing [ECF No. 30]. On December 5, 2024, Magistrate Judge McCabe held a Change of Plea hearing [ECF No. 27] during which Defendant pled guilty to Counts 1 and 2 of the Indictment [ECF No. 10] pursuant to a written plea agreement and factual proffer [ECF Nos. 28, 29]. Magistrate Judge McCabe thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Counts 1 and 2 of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offenses [ECF No. 10]. No objections to the Report have been filed, and the time to do so has expired.

    The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

    1. The Report and Recommendation [ECF No. 30] is **AFFIRMED AND ADOPTED**.

    2. The guilty plea entered into by Defendant **Jason James Atha** as to Counts 1 and 2 of

CASE NO. 24-80182-CR-CANNON

the Indictment is **ACCEPTED**.

3. Defendant **Jason James Atha** is adjudicated guilty of Counts 1 and 2 of the Indictment. Count 1 charges him with, attempted enticement of a minor to engage in sexual activity, in violation of Title 18 U.S.C. § 2422(b).  Count 2 charges him with, transportation of child pornography, in violation of Title 18, U.S.C. § 2252A(a)(1) and (b)(1) [ECF No. 10].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 13th day of January 2025.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record