UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80102-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JASON JAMES ATHA,**

    Defendant.

_____/

### ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL AND DIRECTING ADDITIONAL FILING

**THIS CAUSE** comes before the Court upon Defendant's Motion to Seal the report of Dr. Heather Holmes and various character letters in support of Defendant [ECF No. 37]. Being fully advised, it is **ORDERED AND ADJUDGED** that Defendant's Motion to Seal [ECF No. 36] is **GRANTED IN PART AND DENIED IN PART**. The report of Dr. Holmes shall remain permanently sealed, but the character letters must be filed publicly, with limited redactions to personal identifying information. No further material may be sealed or redacted from the character letters, which must be refiled no later than **March 13, 2025**. This Order shall not be filed under seal. **Defense counsel is advised in the future to file exhibits separately as attachments to the main filing, not combined in a single document.**

    **ORDERED** in Chambers in Fort Pierce, Florida, this 11th day of March 2025.

                                                            AILEEN M. CANNON
                                                             UNITED STATES DISTRICT JUDGE

cc:    counsel of record